UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 8:10-mc- |
| | ) |
| RONALD M. GEORGE and | ) |
| PAULINE C. GEORGE | ) |
| | ) |
| Respondents. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

1. This is an action for judicial enforcement of Internal Revenue Service summonses pursuant to 26 U.S.C. §§ 7402(b) and 7604(a). This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Respondents Ronald M. George and Pauline C. George reside in Thonotosassa, Florida, within the jurisdiction of this Court.

A. Ronald M. George

3. Jane Knox, a Revenue Officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business/Self-Employed Compliance, is authorized to issue

Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 of Title and 26 C.F.R. § 301.7602-1.

4. Revenue Officer Knox is conducting an investigation for the determination of the individual Federal income tax liability of Respondent for the years 2007 and 2008, for which years no individual income tax returns have been filed. (Exhibit 1.)

5. Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6. To further her investigation of Respondent, and in accordance with 26 U.S.C. § 7602, on January 19, 2010, Revenue Officer Knox issued an Internal Revenue Service summons directing Respondent to appear before her, or any other designated agent of the Internal Revenue Service, on February 2, 2010, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons. (Exhibit 2.)

7. On January 19, 2010, in accordance with 26 U.S.C. § 7603, Revenue Officer Knox served an attested copy of the Internal Revenue Service summons on Ronald M. George, by leaving an attested copy of the summons with Respondent's wife, Pauline George, at Respondent's last and usual place of abode, as

evidenced in the certificate of service on the second page of the summons. (Exhibit 2.)

8. On February 5, 2010, the Respondent, Ronald M. George appeared, but failed to provide the information demanded in the summons. Mr. George was given an extension until February 15, 2010 to comply with the summons. Again, Respondent failed to provide the information demanded in the summons. Respondent's refusal to comply with the summons continues to the date of this Petition.

9. The information, books, papers, records, and other data sought by the summons with respect to the years 2007 and 2008 are not already in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years at issue in this enforcement action.

12. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly determine Respondent's individual Federal income tax liability for the years 2007 and 2008. (Exhibit 1.)

B. Pauline C. George

13. Jane Knox, a Revenue Officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business/Self-Employed Compliance, is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 of Title and 26 C.F.R. § 301.7602-1.

14. Revenue Officer Knox is conducting an investigation for the determination of the individual Federal income tax liability of Respondent for the years 2007 and 2008, for which years no individual income tax returns have been filed. (Exhibit 3.)

15. Respondent has in her possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

16. To further her investigation of Respondent, and in accordance with 26 U.S.C. § 7602, on January 19, 2010, Revenue Officer Knox issued an Internal Revenue Service summons directing Respondent to appear before her, or any other designated agent of the Internal Revenue Service, on February 2, 2010, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons. (Exhibit 4.)

17. On January 19, 2010, in accordance with 26 U.S.C.

§ 7603, Revenue Officer Knox served an attested copy of the Internal Revenue Service described in paragraph 3 above on Pauline C. George, by personal delivery, as evidenced in the certificate of service on the second page of the summons. (Exhibit 4.)

18. On February 2, 2010, the Respondent, Pauline C. George failed to appear in response to the summons. Respondent's refusal to comply with the summons continues to the date of this Petition.

19. The information, books, papers, records, and other data sought by the summons with respect to the years 2007 and 2008 are not already in the possession of the Internal Revenue Service.

20. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

21. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years at issue in this enforcement action.

22. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly determine Respondent's individual Federal income tax liability for the years 2007 and 2008. (Exhibit 3.)

WHEREFORE the United States respectfully prays that this Court:

a. Enter an Order directing Respondents to show cause, if any, why they should not comply with and obey the summons and each and every requirement thereof with respect to the years 2007 and 2008;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondents, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshal's Service, or by a private process server, at the option of the United States;

c. If no cause is shown, enter an Order directing Respondents to appear before Revenue Officer Jane Knox, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Knox, or her designee, to give testimony and produce for examination and copying the books, papers, records, and other data as demanded by the summons;

d. Award the United States our costs in maintaining this action; and

    e.   Grant such other and further relief as is just and proper.

                            Respectfully submitted,

                            ROBERT E. O'NEILL
                          United States Attorney

                By:   s/ John F. Rudy, III
                     John F. Rudy, III
                     Assistant United States Attorney
                     Florida Bar No. 0136700
                     400 North Tampa Street, Suite 3200
                     Tampa, Florida 33602
                     Telephone:   813-274-6000
                     Fax:   813-274-6200
                     E-Mail:   john.rudy@usdoj.gov

Dated: October 7, 2010