**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| RONALD M. GEORGE, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

Jane Knox declares:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business/Self-Employed Compliance, Area 3 of the Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting an investigation for the determination of the individual income tax liabilities of Ronald M. George, for the years 2007 and 2008, for which years no individual income tax returns have been filed.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on January 19, 2010, an Internal Revenue Service summons to Ronald M. George, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

**EXHIBIT 1**

4. In accordance with 26 U.S.C. § 7603, on January 19, 2010, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Ronald M. George, by leaving a copy of the summons with respondent's wife, Pauline George, as evidenced in the certificate of service on the second page of the summons.

5. On February 5, 2010, respondent appeared, but failed to provide the information demanded in the summons. Respondent was given an extension until February 15, 2010, to comply with the summons. Again, the respondent failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. Although some payor information is already in the possession of the Internal Revenue Service, all the information, books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly determine the federal income tax liabilities of Ronald M. George for the years 2007 and 2008.

9. Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to respondent for the years at issue in this enforcement action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of August, 2010.

*Jane Knox*
Jane Knox
Revenue Officer
3848 West Columbus Drive
Tampa, FL  33607
Tel. No. (813) 315-2205