

# Summons

## Income Tax Return

**In the matter of** RONALD M GEORGE, 10513 BROADLAND PASS, THONOTOSASSA, FL 33592

**Internal Revenue Service** (*Identify Division*) SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** (*Identify by number or name*) SB/SE AREA 3 (23)

**Periods:** Form 1040 for the calendar period ending December 31, 2007 and December 31, 2008

**The Commissioner of Internal Revenue**

**To:** RONALD M GEORGE

**At:** 10513 BROADLAND PASS, THONOTOSASSA, FL 33592

You are hereby summoned and required to appear before J. KNOX, an Internal Revenue Service (*IRS*) officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2007 and 2008

These records and documents include, but are not limited to: Forms W-2 (*Wage and Tax Statement*), Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services (*including receipt of property other than money*). Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2007 and 2008

We have attached a blank return to guide you in producing the necessary documents and records.

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

3848 WEST COLUMBUS DRIVE, STOP 5222, TAMPA  FL 33607-5768  (813) 315-2205

**Place and time for appearance:** At 3848 WEST COLUMBUS DRIVE, STOP 5222, TAMPA, FL 33607-5768

## IRS

**Department of the Treasury**
**Internal Revenue Service**

www.irs.gov

Form 6638 (Rev.10-2006)
Catalog Number 61828W

on the 2nd day of February, 2010 at 9:30 o'clock a.m.

Issued under authority of the Internal Revenue Code this 19th~~15th~~ day of January, 2010

J. KNOX _____    REVENUE OFFICER
Signature of issuing officer                              Title

**EXHIBIT 2**

_____
Signature of approving officer (*if applicable*)                              Title

**Original** -- to be kept by IRS



# Certificate of
# Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 1-19-2010 | 11:20 |

**How**

**Summons**

**Was**

**Served**

☐   I handed an attested copy of the summons to the person to whom it was directed.

_____

_____

☒   I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person (if any):
_Pauline George_

_____

| Signature | Title |
|-----------|-------|
| _Jane Knox_ | _Revenue Officer_ |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| _Jane Knox_ | _Revenue Officer_ |

Catalog No. 61828W

Form **6638** (Rev. 10-2006)