UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.

RONALD M. GEORGE and
PAULINE C. GEORGE

      Respondent.

Case No. 8:10-mc-132-T-33TBM

## RETURN OF SERVICE

I, J. Knox, a Revenue Officer of the Internal Revenue Service, hereby certify and return that I

  ✓  have personally served

  ___  have legal evidence of service

  ___  have executed as shown in "Remarks"

the Petition to Enforce Internal Revenue Service Summons, Declaration, Summons and the Order to Show Cause upon Respondent Pauline C. George.

Date of service: 11-15-2010

Time of service: 10:35 am

*J Knox*
J. Knox, Revenue Officer
Internal Revenue Service

Served to Ronald M. George

Remarks: